UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN LAVALLAIS** | **CIVIL ACTION No.** |
| | **SECTION** |
| **VERSUS** | |
| | **JUDGE** |
| **IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY** | **MAGISTRATE** |

## COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, JOHN LAVALLAIS, who respectfully submits the following:

### PARTIES

**I.**

Plaintiff herein, JOHN LAVALLAIS, is a person of the full age of majority and domiciled in the Parish of East Baton Rouge, State of Louisiana, who at all times relevant herein was the owner of the residence at 18221 Judith Drive, Zachary, Louisiana 70791-8215.

**II.**

Made Defendant herein is IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY, a domestic insurance company domiciled in the State of Louisiana, authorized and presently doing business in the Parish of East Baton Rouge, State of Louisiana.

**III.**

At all times relevant, Defendant, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY, was a Write-Your-Own ("WYO") Program Carrier participating in the U. S.

Government National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, providing flood insurance coverage for Plaintiff under policy number 0000075832. The policy limits for the flood policy are $155,000.00 for Building.

## JURISDICTION

### IV.

This Honorable Court has jurisdiction pursuant to 28 U.S.C.A. § 1331 as the dispute involves a federal question and pursuant to 28 U.S.C.A. § 1332 with diversity of citizenship with the amount in controversy exceeding $75,000.00.

## FACTS

### V.

On August 13-15, 2016, a catastrophic rain and flood event caused substantial flood damages to the residence at 18221 Judith Drive, Zachary, Louisiana 70791-8215, including but not limited to flood damages to the exterior and interior of the residence.

### VI.

As a result of the flood damages to the insured residence, Plaintiff sustained substantial losses and/or damages from flooding to the Building of the insured premises.

### VII.

Plaintiff filed a flood claim with IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY for the flood damages for the property at 18221 Judith Drive, Zachary, Louisiana 70791-8215. The applicable claim number is 152165. Initially, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY submitted a deficient tender totaling $61,943.33. Said

tender for flood damages for the Building was deficient in scope of repairs, as well as unit pricing, labor cost and material cost.

### VIII.

On October 27, 2016 and December 28, 2016, Plaintiff submitted to IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY an estimate totaling the $103,997.84 from a Louisiana licensed contractor for flood damages sustained by the insured residence and an accompanying Sworn Proof of Loss preserving the right to file a supplemental claim. Accordingly, Plaintiff submitted a supplemental flood claim to IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY for an additional payment for Building totaling $40,804.51 ($103,997.84 - $61,943.33 - 1,500.00 Deductible).

### IX.

In response, Defendant failed to remit any payment for Plaintiff's claim for supplemental damages. Said non-payment in response to Plaintiff's supplemental claim is without cause or factual basis.

### CAUSES OF ACTION

### X.

Based on the conduct and action of Defendant, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY, Plaintiff has the following causes of action against said Defendant:

i.  Breach of insurance contract;

ii. Failure to tender payment for casualty losses; and

iii. Other causes of action that will be determined at trial.

## XI.

Plaintiff is entitled to the following elements of damages for the cause of actions previously mentioned:

    i.      Reimbursement for flood damages to Building;

    ii.     Court costs; and

    iii.    Any relief which this Honorable Court deems fair and equitable.

**WHEREFORE,** Plaintiff, JOHN LAVALLAIS, pray that Defendant be duly cited to appear and answer this Complaint for Damages, and, after legal delays and due proceedings had, there be judgment herein in favor of Plaintiff and against the Defendant, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY in its capacity as WYO Carrier for NFIP, in a reasonable amount to be determined by this Honorable Court for the damages sustained by Plaintiff, together with special damages, penalties, court costs, attorney's fees, together with legal interest from date of judicial demand and for all general and equitable relief.

                                  **Respectfully submitted:**

                                    */s/ J. Douglas Sunseri*
                                    _____
                                    **J. DOUGLAS SUNSERI [#19173]**
                                    **RICHARD J. WOLFF [#32777]**
                                    **NICAUD & SUNSERI LAW FIRM, L.L.C.**
                                    A Group of Professional Corporations
                                    3000 18th Street
                                    Metairie, Louisiana 70002-4903
                                    Telephone: (504) 837-1304
                                    Facsimile: (504) 833-2843
                                    Email: jdsunseri@nslawla.com
                                                   rwolff@nslawla.com
                                    Attorneys for Plaintiff, JOHN LAVALLAIS